SEARCH WARRANT RETURN (REV. 03/11)

# RETURN

Case No.: 22-06067MB

☒ FILED  ☐ LODGED

Jul 21 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 13, 2022 | July 18, 2022 3:39 PM | US Border Patrol Digital Forensic Unit (DFU) |

INVENTORY MADE IN THE PRESENCE OF  BPA I Matthew Gibbs

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Due to the number of cellular devices awaiting exploitation, there will be an undetermined timeframe for inventory return from DFU.

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 7/21/2022

_____
Executing Officer's Signature

Tiffany Anders, Border Patrol Agent-Intelligence
Printed Name and Title